# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMELLA PINKNEY-PRICE, | |
| Plaintiff, | NO. 3:17-CV-0189 |
| v. | (JUDGE CAPUTO) |
| PNC MORTGAGE, *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 11th day of January, 2018, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 28) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 28) is **ADOPTED in its entirety**.

(2) PNC Mortgage's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 11) is **GRANTED**.

(3) Plaintiff's claims against PNC Mortgage are **DISMISSED without prejudice**.

(4) Plaintiff has **twenty-one (21) days** from the date of entry of this Order to file a Third Amended Complaint to properly plead her claims; otherwise, her claims against PNC Mortgage will be **dismissed with prejudice**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge