# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMELLA PINKNEY-PRICE, | |
| Plaintiff, | NO. 3:17-CV-0189 |
| v. | (JUDGE CAPUTO) |
| PNC MORTGAGE, *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 4th day of April, 2018, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 31) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 31) is **ADOPTED in its entirety**.

(2) All claims against PNC Mortgage contained in the Second Amended Complaint are **DISMISSED with prejudice**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge