# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CAMELLA PINKNEY-PRICE,

    Plaintiff,

      v.

PNC MORTGAGE, *et al.*,

    Defendants.

NO. 3:17-CV-0189

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this ⟶11th⟵ day of May, 2018, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 33) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 33) is **ADOPTED in its entirety**.

(2) The action is **DISMISSED without prejudice** as to Defendants Michael Coviello, d/b/a Coviello Services, and Cathleen Coviello pursuant to Federal Rule of Civil Procedure 4(m).

(3) The matter is **RECOMMITTED** to Magistrate Judge Saporito for further proceedings.

A. Richard Caputo
United States District Judge