# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMELLA PINKNEY-PRICE, | |
| Plaintiff, | NO. 3:17-CV-0189 |
| v. | (JUDGE CAPUTO) |
| PNC MORTGAGE, *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 11TH day of June, 2018, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 36) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 36) is **ADOPTED in its entirety**.

(2) The Motion to Dismiss (Doc. 24) filed by Defendants Preservation Field Services, LLC and Safeguard Properties Management, LLC is **GRANTED**.

(2) The claims against Defendants Preservation Field Services, LLC and Safeguard Management, LLC are **DISMISSED without prejudice** pursuant to Rule 4(m) and Rule 12(b)(5) of the Federal Rules of Civil Procedure.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge